KRISTIN K. MAYES
ATTORNEY GENERAL

LAWRENCE V. ROBERTSON, JR. (001709)
Assistant Attorney General
416 W. Congress St, 2nd Floor
Tucson, Arizona 85701-1315
(520) 628-6542 • Fax (520) 628-6050
DefenseTuc@azag.gov
Lawrence.RobertsonJr@azag.gov

Attorneys for State Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Tariq K. Dema and Victor O. Dema, <br><br> Plaintiffs, <br><br> v. <br><br> John S. Halikowski, (Director of) the Arizona Department of Transportation, <br><br> Defendant. | No. <br><br> Maricopa County Case No: CV2022-092277 <br><br> **NOTICE OF REMOVAL FROM STATE COURT UNDER 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446** |

Defendant John Halikowski ("Defendant") pursuant to 28 U.S.C. §§ 1441(a) and 1446, hereby gives notice of removal of the state court action entitled *Tariq K. Dema and Victor O. Dema v. John S. Halikowski, et al.*, currently pending in the Superior Court of the State of Arizona, Maricopa County, Case No. CV2022-092277, to the United States District Court for the District of Arizona, and in support of removal states the following:

1. On behalf of John S. Halikowski of the Arizona Department of Transportation, I sent a letter to Tariq K. Dema and Victor O. Dema on January 20, 2023, certified mail, return receipt, accepting service of the Summons and Amended Complaint by Mr. Halikowski. The certified mail return card was signed by Victor O. Dema on February 3, 2023.

2. The Attorney General's Office represents John S. Halikowski.

3. John S. Halikowski consents to this removal.

4. Pursuant to LR Civ 3.6, the following documents are attached as Exhibit A and constitute all of the pleadings and documents filed in the state court action:

    a. Verification

    b. Court Docket

    c. Complaint

    d. Certificate of Agreement/Arbitration

    e. Civil Cover Sheet

    f. Application Deferral/Waiver with Affidavit in Support thereof

    g. Order Deferring Court Fees

    h. Notice of Intent to Dismiss for Lack of Service

    i. Motion for Extension of Time (to serve Complaint)

    j. Minute Entry (granting Motion for Extension)

    k. Amended Civil Action and Complaint (filed November 25, 2022)

    l. Amended Civil Action and Complaint (filed November 29, 2022)

    m. Affidavit of Service

7. Defendant has not pled or answered.

8. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is within 30 days after acceptance of service of Summons and the Amended Complaint, from which it may be ascertained that the case is one which is or has become removable, and within one year after commencement of the action.

9. Under 28 U.S.C. § 1441(a), this action is removable to this Court because 28 U.S.C. § 1331 provides this Court with original jurisdiction over Plaintiffs' claims arising under the Constitution or laws of the United States. Specifically, Plaintiffs have alleged claims for the deprivation of their constitutional rights and certain statutory rights

under federal law.

10. To the extent Plaintiffs' Amended Complaint raises state law claims, this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) because the state law claims form part of the same case or controversy as the federal question claims for which the Court has original jurisdiction.

11. A copy of this Notice is being filed with the Clerk of the Superior Court of Maricopa County pursuant to LR Civ 3.6.

RESPECTFULLY SUBMITTED this 17th day of February, 2023.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

s/Lawrence V. Robertson, Jr.
LAWRENCE V. ROBERTSON, JR.
Assistant Attorney General
Attorneys for State Defendants

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and mailed via U.S. Mail to:

Tariq K. Dema
Victor O. Dema
505 South Roosevelt Road, #K-7
Mesa, AZ  85202
*Plaintiffs Pro Se*

s/A. Kentla
10997071